IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30233
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ARTURO BANGUERRA-DIA, also known as
Jose Rivera-Maldonado,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CR-83-3-G
--------------------

October 13, 1999

Before JOLLY, DAVIS, and DENNIS, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Arturo Banguerra-Dia has moved
for leave to withdraw and has filed a brief as required by <u>Anders
v. California</u>, 386 U.S. 738 (1967).  Our independent review of
the brief, Banguerra-Dia's response, and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further September
13, 1999responsibilities herein, and the APPEAL IS DISMISSED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.